IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARSHALL, | No. C -13-01747 EDL |
| Plaintiff, | **ORDER REGARDING SUPPLEMENTAL BRIEFING** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

On June 11, 2013, Defendant filed a Statement of Recent Decision to inform the Court of Martinez v. Wells Fargo Bank, ___ F. Supp. 2d ___, 2013 WL 2237879 (N.D. Cal. May 21, 2013), which is relevant to Plaintiff's Motion to Remand. Defendant requested an opportunity to address the Martinez decision. Accordingly, no later than June 14, 2013 at noon, Defendant may file a supplemental brief of no more than five pages addressing the Martinez decision. If Plaintiff wishes to file a supplemental brief of no more than five pages, he may do so no later than June 14, 2013 at noon. The June 18, 2013 hearing on Plaintiff's Motion to Remand and Defendant's Motion to Dismiss is vacated, and will be reset if the Court determines that a hearing is necessary.

**IT IS SO ORDERED.**

Dated: June 12, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge