1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    MICHAEL MARSHALL,                          No. C -13-01747 EDL

9              Plaintiff,                        **ORDER REGARDING SUPPLEMENTAL
                                                 BRIEFING**
10     v.

11   WELLS FARGO BANK,

12             Defendant.
     _____/

13

14        On June 11, 2013, Defendant filed a Statement of Recent Decision to inform the Court of

15   Martinez v. Wells Fargo Bank, ___ F. Supp. 2d ___, 2013 WL 2237879 (N.D. Cal. May 21, 2013),

16   which is relevant to Plaintiff's Motion to Remand.  Defendant requested an opportunity to address

17   the Martinez decision.  Accordingly, no later than June 14, 2013 at noon, Defendant may file a

18   supplemental brief of no more than five pages addressing the Martinez decision.  If Plaintiff wishes

19   to file a supplemental brief of no more than five pages, he may do so no later than June 14, 2013 at

20   noon.  The June 18, 2013 hearing on Plaintiff's Motion to Remand and Defendant's Motion to

21   Dismiss is vacated, and will be reset if the Court determines that a hearing is necessary.

22        **IT IS SO ORDERED.**

23
     Dated: June 12, 2013                        _Elizabeth D. Laporte_
24                                               _____
                                                 ELIZABETH D. LAPORTE
25                                               United States Chief Magistrate Judge

26

27

28

*United States District Court*
*For the Northern District of California*